opinion filed April 12, 1948; released for publication April 23, 1948. Oscar G. Wahlgren, for appellant; Homer English and Chester Thomson, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Arthur Heun et al., Appellants, v. The Northern Trust Company, Appellees.

Gen. No. 44,355.

opinion filed April 12, 1948; rehearing denied April 23, 1948; released for publication April 23, 1948. George R. Faust and Musgrave, Ewins, Price & Notz, for appellants; Marvin A. Jersild and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Marvin A. Jersild, David Levinson and Richard M. Gudeman, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

## J. Davis, Appellee, v. Ida Muriset, Appellant.

Gen. No. 44,370.